1014

No. 1352, Misc. IRONS *v.* MANCUSI, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1357, Misc. ALEXANDER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Leo Holt* for petitioner. *Solicitor General Griswold* for the United States. ■

No. 1365, Misc. MINCHEW *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold* for the United States. ■

No. 1370, Misc. SUTTON *v.* CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1371, Misc. STEVENSON *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1380, Misc. JACKSON *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied. *Elwyn L. Cady, Jr.,* for petitioner.

No. 1383, Misc. WRIGHT *v.* CROUSE, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 1396, Misc. BRUTON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Daniel P. Reardon, Jr.,* for petitioner. *Solicitor General Griswold* for the United States. ■

No. 1410, Misc. SAILER *v.* CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1412, Misc. VALDEZ *v.* CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.